**Bettie J. LITTLE, Diedre M. Goodwin, Plaintiffs–Appellants,**

v.

**COBB COUNTY, Defendant–Appellee.**

No. 06–12626
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 31, 2006.

A. Lee Parks, Jr., Parks, Chesin & Walbert, P.C., Atlanta, GA, for Plaintiffs–Appellants.

Benton J. Mathis, Jr., Amy M. Combs, Freeman Mathis & Gary, LLP, Atlanta, GA, for Defendant–Appellee.

Before WILSON, PRYOR and FAY, Circuit Judges.

PER CURIAM:

The summary judgment granted in favor of Cobb County is affirmed for the reasons set forth in the ORDER of the United States District Judge entered March 30, 2006, and so much of the Report and Recommendation of the United States Magistrate Judge as is adopted therein.

**AFFIRMED.**